[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-17080
Non-Argument Calendar
_____

D.C. Docket No. 1:16-cr-20397-UU-2

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

OSCAR MAZARET,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 24, 2017)

Before JORDAN, ROSENBAUM, and EDMONDSON, Circuit Judges.

PER CURIAM:

Oscar Mazaret appeals his 37-month sentence, imposed at the low end of the advisory guideline range, after pleading guilty to one count of conspiracy to import heroin and cocaine into the United States, in violation of 21 U.S.C. § 963 (an offense carrying a 20-year maximum penalty).  Mazaret received a longer sentence than his two co-conspirators; the district court said this difference was due to Mazaret's greater criminal history.  We see no unwarranted disparity.  The district court considered and rejected Mazaret's arguments for mitigation in weighing the 18 U.S.C. § 3553(a) factors and did not place undue weight on his criminal history.  See United States v. Kuhlman, 711 F.3d 1321, 1327 (11th Cir. 2013).  Mazaret's sentence has not been shown to be substantively unreasonable.

AFFIRMED.